**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-1854**

———————

TRUST OF LYNNE MORRIS,

Plaintiff - Appellant,

versus

BERNARD A. ANTHONY; BARBARA F. ANTHONY,

Defendants - Appellees,

FREDERICK COUNTY BOARD OF EDUCATION; DANIEL H.
GARDRA, Doctor, Superintendent of Schools;
INTERNAL REVENUE,

Parties-in-interest,

and

DEBORAH MARIE CURTIS,

Defendant.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   William M. Nickerson, District Judge.
(CA-95-1716-WMN, CA-95-1968-WMN, CA-95-2113-WMN)

———————

Submitted:  December 11, 1997      Decided:  December 23, 1997

———————

Before HALL and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Frank H. Clark, Mount Airy, Maryland, for Appellant. George William Liebmann, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his civil action filed on behalf on an entity known as the Lyne Morris Trust. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Trust of Morris v. Curtis, Nos. CA-95-1716-WMN; CA-95-1968-WMN; CA-95-2113-WMN (D. Md. June 17, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED